IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICAH ANGEL                                                                    PLAINTIFF

v.                          No. 3:16-cv-205-DPM

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT                                                 DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 October 2016